IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RANDALL BRUCE TURNER, | ) |
| | ) 3: 12-cv-01735-JO |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER TO DISMISS |
| MULTNOMAH COUNTY CORRECTIONS HEALTH, DR. ROSE, DR. ERSSON and MULTNOMAH COUNTY SHERIFF, | ) |
| | ) |
| Defendants. | ) |

JONES, District Judge.

Plaintiff's Motion to Voluntarily Dismiss [5] is GRANTED. This action is dismissed without prejudice.

IT IS SO ORDERED.

DATED this 5 day of November, 2012.

Robert E. Jones
United States District Judge

1 - ORDER TO DISMISS